BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HALBURNT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>  )<br>MATTHEW HALBURNT,  )<br>  )<br>  Defendant.  )<br>  )<br>_____ ) | No. CR-10-0920 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 15, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   January 18, 2011<br>Time:   10:00 a.m.<br>Court:  Hon. Laurel Beeler |

  The above-captioned matter is set on January 18, 2011 before Magistrate Judge Laurel Beeler for a status hearing. The parties request that this Court continue the hearing to February 15, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler and that the Court exclude time under the Speedy Trial Act between January 18, 2011 and February 15, 2011.

  This is a case involving allegations of possession of a firearm by a felon. Counsel was appointed and discovery was turned over less than one month ago. The defense is engaged in review of the discovery and is performing investigation. In addition, the defense has requested additional discovery from the government, which the government is gathering and will turn over

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 15, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA

shortly. The parties are also arranging a time for the defense to view physical evidence in the case. Additional time is needed for each of these purposes. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between January 18, 2011 and February 15, 2011 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: January 13, 2010

 /s/ Suzanne Miles  
SUZANNE MILES  
Assistant United States Attorney  
Counsel for United States

 /s/ Ned Smock  
NED SMOCK  
Counsel for Matthew Halburnt

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 15, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-0920 SBA |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 15, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) |  |
| MATTHEW HALBURNT | ) ) |  |
| Defendant. | ) ) ) ) |  |

The parties jointly requested that the hearing in this matter be continued from January 18, 2011 to February 15, 2011, and that time be excluded under the Speedy Trial Act between January 18, 2011 and February 15, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The defense is engaged in review of the discovery and is performing investigation.  In addition, the defense has requested additional discovery from the government, which the government is gathering and will turn over shortly.  The parties are also arranging a time for the defense to view physical evidence in the case.  Additional time is needed for each of these purposes.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to February 15, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler, and that time between January 18, 2011 and February 15, 2011 is excluded under the Speedy Trial Act to allow for the

1  effective preparation of counsel, taking into account the exercise of due diligence, and continuity
2  of defense counsel.
3  DATED: 1/14/2011
4  HON. DONNA M. RYU
   United States Magistrate Judge