1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
5
   Counsel for Defendant HALBURNT
6
7
8                             UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                    OAKLAND DIVISION
11
12 UNITED STATES OF AMERICA,           )    No. CR-10-0920 SBA
13                                     )
          Plaintiff,                   )    STIPULATED REQUEST TO CONTINUE
14                                     )    HEARING DATE TO FEBRUARY 15,
     v.                                )    2011 AND TO EXCLUDE TIME UNDER
15                                     )    THE SPEEDY TRIAL ACT
   MATTHEW HALBURNT,                   )
16                                     )    Date:   January 18, 2011
          Defendant.                   )    Time:   10:00 a.m.
17                                     )    Court:  Hon. Laurel Beeler
                                       )
18                                     )
   _____ )
19
20     The above-captioned matter is set on January 18, 2011 before Magistrate Judge Laurel
21 Beeler for a status hearing. The parties request that this Court continue the hearing to February
22          9:30 a.m.
   15, 2011 at ~~10:00 a.m~~. before Magistrate Judge Laurel Beeler and that the Court exclude time
23
   under the Speedy Trial Act between January 18, 2011 and February 15, 2011.
24
       This is a case involving allegations of possession of a firearm by a felon. Counsel was
25
26 appointed and discovery was turned over less than one month ago. The defense is engaged in
27 review of the discovery and is performing investigation. In addition, the defense has requested
28 additional discovery from the government, which the government is gathering and will turn over

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 15, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA

shortly. The parties are also arranging a time for the defense to view physical evidence in the case. Additional time is needed for each of these purposes. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between January 18, 2011 and February 15, 2011 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: January 13, 2010

 /s/ Suzanne Miles                          /s/ Ned Smock
SUZANNE MILES                               NED SMOCK
Assistant United States Attorney            Counsel for Matthew Halburnt
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 15, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | OAKLAND DIVISION |

UNITED STATES OF AMERICA, ) No. CR-10-0920 SBA
                                 )
    Plaintiff,                 ) [PROPOSED] ORDER GRANTING
                                 ) STIPULATED REQUEST TO CONTINUE
   v.                          ) HEARING DATE TO FEBRUARY 15,
                                 ) 2011 AND TO EXCLUDE TIME UNDER
MATTHEW HALBURNT           ) THE SPEEDY TRIAL ACT
                                 )
    Defendant.             )
                                 )
_____ )

       The parties jointly requested that the hearing in this matter be continued from January 18, 2011 to February 15, 2011, and that time be excluded under the Speedy Trial Act between January 18, 2011 and February 15, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The defense is engaged in review of the discovery and is performing investigation. In addition, the defense has requested additional discovery from the government, which the government is gathering and will turn over shortly. The parties are also arranging a time for the defense to view physical evidence in the case. Additional time is needed for each of these purposes. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

    **IT IS HEREBY ORDERED** that the status hearing in this matter is continued to February 15, 2011 at ~~10:00~~ 9:30 a.m. before Magistrate Judge Laurel Beeler, and that time between January 18, 2011 and February 15, 2011 is excluded under the Speedy Trial Act to allow for the

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 15, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA

1 | effective preparation of counsel, taking into account the exercise of due diligence, and continuity
2 | of defense counsel.

3 | DATED: January 18, 2011

_____
LAUREL BEELER
United States Magistrate Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 15, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA