BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HALBURNT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0920 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO MARCH 4, 2011 |
| v. | ) | AND TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| MATTHEW HALBURNT, | ) | |
| | ) | Date:      February 15, 2011 |
| Defendant. | ) | Time:      9:30 a.m. |
| | ) | Court:     Hon. Laurel Beeler |
| | ) | |
| | ) | |

The above-captioned matter is set on February 15, 2011 before Magistrate Judge Laurel

Beeler for a status hearing. The parties request that this Court continue the hearing to March 4,

2011 at 10:00 a.m. before Magistrate Judge Donna Ryu and that the Court exclude time under

the Speedy Trial Act between February 15, 2011 and March 4, 2011.

This is a case involving allegations of possession of a firearm by a felon. Counsel was

appointed and discovery was turned over a month and a half ago. The defense is engaged in

review of the discovery and is performing investigation. This week the government turned over

additional discovery, including photographs, police reports, and an audio recording. The defense

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 4, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA

is awaiting an opportunity to view the physical evidence in the case.  Additional time is needed for each of these purposes.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between February 15, 2011 and March 4, 2011 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.


DATED: February 10, 2011



   /s/ Suzanne Miles                                    /s/ Ned Smock
SUZANNE MILES                             NED SMOCK
Assistant United States Attorney          Counsel for Matthew Halburnt
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 4, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0920 SBA |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | HEARING DATE TO MARCH 4, 2011 |
| | ) | AND TO EXCLUDE TIME UNDER THE |
| MATTHEW HALBURNT | ) | SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The parties jointly requested that the hearing in this matter be continued from February 15, 2011 to March 4, 2011, and that time be excluded under the Speedy Trial Act between February 15, 2011 and March 4, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  Counsel was appointed and discovery was turned over a month and a half ago.  The defense is engaged in review of the discovery and is performing investigation.  This week the government turned over additional discovery, including photographs, police reports, and an audio recording. The defense is awaiting an opportunity to view the physical evidence in the case.  Additional time is needed for each of these purposes.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to March 4, 2011 at 9:30 a.m. before Magistrate Judge Donna Ryu, and that time between February 15, 2011 and March 4, 2011 is excluded under the Speedy Trial Act to allow for the effective

1   preparation of counsel, taking into account the exercise of due diligence, and continuity of

2   defense counsel.

3   DATED: February 11, 2011

4   _____
    LAUREL BEELER
    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 4, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA