1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
5
   Counsel for Defendant HALBURNT
6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12 UNITED STATES OF AMERICA,      )   No. CR-10-0920 SBA
                                  )
13         Plaintiff,              )   STIPULATED REQUEST TO CONTINUE
                                  )   HEARING DATE TO APRIL 1, 2011 AND
14    v.                           )   TO EXCLUDE TIME UNDER THE
                                  )   SPEEDY TRIAL ACT
15                                )
   MATTHEW HALBURNT,              )
16                                )   Date:    March 4, 2011
           Defendant.              )   Time:    9:30 a.m.
17                                )   Court:   Hon. Donna Ryu
                                  )
18                                )
   _____)
19

20     The above-captioned matter is set on March 4, 2011 before Magistrate Judge Donna Ryu

21 for a status hearing. The parties request that this Court continue the hearing to April 1, 2011 at

22 9:30 a.m. before Magistrate Judge Laurel Beeler and that the Court exclude time under the

23 Speedy Trial Act between March 4, 2011 and April 1, 2011.
24
       This is a case charging possession of a firearm by a felon. The defense is engaged in
25
   review of the discovery and is performing investigation. In addition, the defense is awaiting an
26
   opportunity to view the physical evidence in the case. Some physical evidence is currently being
27
28 tested at an ATF lab. Additional time is needed for each of these purposes. The parties agree

   STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 1, 2011 AND TO EXCLUDE TIME
   No. CR-10-0920 SBA

the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between March 4, 2011 and April 1, 2011 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: February 28, 2011


  /s/ Suzanne Miles                              /s/ Ned Smock
SUZANNE MILES                               NED SMOCK
Assistant United States Attorney            Counsel for Matthew Halburnt
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 1, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0920 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 1, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| MATTHEW HALBURNT | ) ) | |
| Defendant. | ) ) ) | |

The parties jointly requested that the hearing in this matter be continued from March 4, 2011 to April 1, 2011, and that time be excluded under the Speedy Trial Act between March 4, 2011 and April 1, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The defense is engaged in review of the discovery and is performing investigation.  In addition, the defense is awaiting an opportunity to view the physical evidence in the case.  Some physical evidence is currently being tested at an ATF lab.  Additional time is needed for each of these purposes.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to April 1, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler, and that time between March 4, 2011 and April 1, 2011 is excluded under the Speedy Trial Act to allow for the effective

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 1, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA

preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED: 2/28/2011

_____
Hon. Donna Ryu
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 1, 2011 AND TO EXCLUDE TIME
No. CR-10-0920 SBA